FILED
CLERK, U.S. DISTRICT COURT
8/7/25
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MRV\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00645-MWC |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924 and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| MIGUEL MORALES, | |
| Defendant. | |

The Acting United States Attorney charges:

[18 U.S.C. § 922(g)(1)]

On or about November 19, 2024, in Los Angeles County, within the Central District of California, defendant MIGUEL MORALES knowingly possessed a firearm, namely, a SCCY Industries, Model CPX-2, 9mm pistol, bearing serial number C181114, and ammunition, namely, one round of Winchester 9mm ammunition, one round of Ammo Inc. 9mm ammunition, and one round of Federal 9mm ammunition, each in and affecting interstate and foreign commerce.

Defendant MORALES possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the

following felony crimes, each punishable by a term of imprisonment exceeding one year:

    1.    Racketeering Conspiracy, in violation of Title 18, United States Code, Section 1962(d), in the United States District Court for the Central District of California, Case Number 2:14-cr-00684-CAS, on or about June 7, 2023;

    2.    Conspiracy to Distribute and Possess With Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(B), in the United States District Court for the Central District of California, Case Number 2:14-cr-00684-CAS, on or about June 7, 2023;

    3.    Possession of a Controlled Substance with a Prior Felony, in violation of California Health and Safety Code Section 11350(a), in the Superior Court for the State of California, County of Los Angeles, Case Number BA420775, on or about August 25, 2014;

    4.    Grand Theft Auto, in violation of California Penal Code Section 487(d)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number BA414450, on or about August 25, 2014;

    5.    Possession of a Controlled Substance in a Prison, in violation of California Penal Code Section 4573.6(a), in the Superior Court for the State of California, County of Los Angeles, Case Number BA428362, on or about August 21, 2014; and

    6.    Robbery, in violation of California Penal Code Section 211, in the Superior Court for the State of California, County of Los Angeles, Case Number GA055124, on or about September 23, 2004.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Information.

2.   The defendant, if so convicted, shall forfeit to the United States of America the following:

   (a)  All right, title, and interest in any firearm or ammunition involved in or used in such offense.

   (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//
//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

BILAL A. ESSAYLI
Acting United States Attorney

*Christina Shay*

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

J. MARK CHILDS
Assistant United States Attorney
Chief, Transnational Organized
  Crime Section

CHRISTOPHER C. KENDALL
Assistant United States Attorney
Deputy Chief, Transnational
  Organized Crime Section